CO-386-online
10/03

# United States District Court
## For the District of Columbia

FRIENDS OF THE EARTH,    )
)
)
)
Plaintiff    )    Civil Action No._____
**vs**    )
)
UNITED STATES ENVIRONMENTAL    )
PROTECTION AGENCY, et al.    )
)
Defendant    )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Friends of the Earth    certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Friends of the Earth    which have

any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

448830
BAR IDENTIFICATION NO.

James S. Pew
Print Name

Earthjustice, 1625 Mass. Ave. NW, Ste. 702
Address

Washington, DC  20036
City            State            Zip Code

(202) 667-4500
Phone Number