UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY, and STEPHEN L.<br>JOHNSON, Administrator,<br>United States Environmental Protection Agency,<br><br>   Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 07-01572  RMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to LCvR 83.2(d), Plaintiff Friends of the Earth hereby respectfully moves that Michael R. Sherwood and Sarah H. Burt be permitted to appear and participate before this Court as counsel on its behalf for all purposes in this case.  This motion is based upon the Submission of Michael R. Sherwood and the Submission of Sarah H. Burt attached hereto.

DATED:  September 6, 2007   Respectfully submitted,

                 James S. Pew /s/
              JAMES S. PEW (D.C. Bar 448830)
              Earthjustice
              1625 Massachusetts Ave., N.W., Suite 702
              Washington, DC 20036-2212
              Tel: (202) 667-4500
              Fax: (202) 667-2356

              Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY, and STEPHEN L.<br>JOHNSON, Administrator,<br>United States Environmental Protection Agency,<br><br>    Defendants. | Civil Action No. 1:07-cv-01572 RMC |

**SUBMISSION OF MICHAEL R. SHERWOOD
IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

Pursuant to LCvR 83.2(d), I, Michael R. Sherwood, submit the following in support of Plaintiff's motion that I be permitted to appear *pro hac vice* on its behalf in the above-entitled case:

1. My full name is Michael Ramsey Sherwood.

2. My office address and telephone number are:

    Earthjustice
    426 17 Street, 5th Floor
    Oakland, CA  94612
    Tel: (510) 550-6725

3. I am admitted to and am a member in good standing of the following bars, among others:

    State of Hawaii (1967)
    State of California (1975)
    United States District Court for the District of Hawaii (1967)
    United States District Court for the Northern District of California (1975)
    United States Court of Appeals for the Ninth Circuit (1969)
    United States Supreme Court (1971)

4. I have not been disciplined by any bar.

5. I have not been admitted to practice *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

DATED: September 4, 2007

Respectfully submitted,

*Michael R. Sherwood*
MICHAEL R. SHERWOOD (CA Bar #63702)

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY, and STEPHEN L.<br>JOHNSON, Administrator,<br>United States Environmental Protection Agency,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:07-cv-01572  RMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUBMISSION OF SARAH H. BURT**
**IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

Pursuant to LCvR 83.2(d), I, Sarah H. Burt, submit the following in support of Plaintiff's motion that I be permitted to appear *pro hac vice* on its behalf in the above-entitled case:

1. My full name is Sarah Helen Burt.

2. My office address and telephone number are:

> Earthjustice
> 426 17 Street, 6th Floor
> Oakland, CA  94612
> Tel: (510) 550-6755

3. I am admitted to and am a member in good standing of the following bars, among others:

> State of Maine (2003)
> State of California (2007)
> United States District Court for the Northern District of California (2007)

4. I have not been disciplined by any bar.

5. I have not been admitted to practice *pro hac vice* in this Court within the last two years.

1

6.  I do not engage in the practice of law from an office located in the District of Columbia.

DATED: September 4, 2007               Respectfully submitted,

                                       _____
                                       SARAH H. BURT (CA Bar #250378)