IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FRIENDS OF THE EARTH | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | Civil Action No. |
| U.S. EPA and STEPHEN L. JOHNSON Acting Administrator, UNITED STATES ENVIROMENTAL PROTECTION AGENCY, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF SERVICE

I, Zoë Maxfield, hereby certify that on September 5, 2007, I served a summons; a copy of Friends of the Earth's Complaint for Declaratory and Injunctive Relief including Exhibit 1; Certificate Rule LCvR 7.1 and the U. S. District Court for the District of Columbia's standard Initial Electronic Case Filing Order by first-class mail, certified, return receipt requested, postage prepaid, addressed to the following:

    Attorney General for the United States of America
    950 Pennsylvania Avenue, NW
    Washington, D.C.  20530

    United States Attorney, District of Columbia
    501 3rd Street, N.W.
    Washington, DC 20001

    Stephen L. Johnson

Acting Administrator, US Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

Office of the General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW (2310A)
Washington, D.C. 20460

The U.S. Environmental Protection Agency returned the complaint because the mail code was not indicated in the address. I resent the complaint, this time to the Office of the General Counsel and received a return receipt.

Attached is are the certified mail receipts and return receipts from the office of the U.S. Attorney General, U.S. Attorney for the District of Columbia, Stephen L. Johnson, Administrator of U.S. EPA, Office of General Counsel, U.S. Environmental Protection Agency, and the refused service from the U.S. Environmental Protection Agency.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 5, 2007.

    /s/ Zoë Maxfield_____
Zoë Maxfield
Litigation Assistant
Earthjustice
1625 Massachusetts Ave., NW
Suite 702
Washington, DC 20036-2212
(202) 667-4500

2

**Return Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   D.O.J.
   950 Pennsylvania Ave. N.W.
   Washington, D.C. 20530

A. Signature: X [signed] Emily Parker
B. Received by (Printed Name): SEP 14 2007
3. Service Type: ☑ Certified Mail
2. Article Number: 7006 2150 0000 7452 3055

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Certified Mail Receipt 1:**

U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

- Postage: $1.48
- Certified Fee: 2.65
- Return Receipt Fee: 2.15
- Total Postage & Fees: $6.28

07-01572 Marine Diesel Engines Complaint

Sent To: Atty General, Dept. of Justice
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave. N.W.
City, State, ZIP+4: Washington, D.C. 20530

PS Form 3800, August 2006

---

**Return Receipt 2:**

1. Article Addressed to:

   U.S. Attorney - D.C.
   501 3rd St. N.W.
   Washington, D.C. 20001

A. Signature: X [signed] Emily Parker
B. Received by (Printed Name): SEP 17 2007
3. Service Type: ☑ Certified Mail
2. Article Number: 7006 2150 0000 7452 3024

**Certified Mail Receipt 2:**

- Postage: $1.48
- Certified Fee: 2.65
- Return Receipt Fee: 2.15
- Total Postage & Fees: $6.28

07-01572 Marine Diesel Engines Comp

Sent To: D.C. U.S. Attorney
Street: 501 3rd St. N.W.
City, State, ZIP: Washington, D.C. 20001

---

**Return Receipt 3:**

1. Article Addressed to:

   Stephen L. Johnson
   U.S. E.P.A.
   Ariel Rios Bld.
   1200 Pennsylvania Ave. N.W.
   Washington, D.C. 20460

A. Signature: X [signed]
B. Received by (Printed Name): [illegible]
C. Date: 9/[?]
3. Service Type: ☑ Certified Mail
2. Article Number: 7006 2150 0000 7452 3031

**Certified Mail Receipt 3:**

- Postage: $1.48
- Certified Fee: 2.65
- Return Receipt Fee: 2.15
- Total Postage & Fees: $6.28

07-01572 Marine Diesel Engines Complaint

Sent To: Johnson, EPA
Street: Ariel Rios Bld, 1200 Pennsylvania Ave. N.W.
City, State, ZIP: Washington, D.C. 20460

**Return Receipt 1 (left):**

- SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Office of the General Counsel
   US Environmental Protection Agency
   1200 Pennsylvania Ave. N.W. (2310A)
   Washington, D.C. 20460

- COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X [signature] ☐ Agent ☐ Addressee
- B. Received by (Printed Name):
- C. Date of Delivery: 9/21/07
- D. Is delivery address different from item 1? ☐ Yes
  If YES, enter delivery address below: ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0005 2679 0494

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Return Receipt 2 (right):**

- SENDER: COMPLETE THIS SECTION
- (same instructions)

1. Article Addressed to:

   U.S. E.P.A
   Ariel Rios Building

   RETURN TO SENDER:
   Insufficient Address: [crossed out]
   Refused: [crossed out]
   No Longer Here: [crossed out]
   Addressee not known: [crossed out]
   EPA Mail center: (202)564-9683

- COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X ☐ Agent ☐ Addressee
- B. Received by (Printed Name):
- C. Date of Delivery:
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0000 7452 2973

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Certified Mail Receipt 1 (left):**

U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

- Postage: $ 1.48
- Certified Fee: 2.65
- Return Receipt Fee (Endorsement Required):
- Restricted Delivery Fee (Endorsement Required):
- Total Postage & Fees: $ 6.28
- Postmark Here: Sept. 18, 2007
- 07-01572 Marine Diesel Engines

Sent To: Office of General Counsel - U.S. EPA
Street, Apt. No.; or PO Box No.: MC (2310A) 1200 Penn Ave N.W.
City, State, ZIP+4: Washington, D.C. 20460

Article number (side): 7005 1160 0005 2679 0494

PS Form 3800, June 2002    See Reverse for Instructions

**Certified Mail Receipt 2 (right):**

U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

- Postage: $ 1.48
- Certified Fee: 2.65
- Return Receipt Fee (Endorsement Required): 2.15
- Restricted Delivery Fee (Endorsement Required):
- Total Postage & Fees: $ 6.28
- Postmark Here: 07-01572 Marine Diesel Engines Complaint

Sent To: EPA
Street, Apt. No.; or PO Box No.: Ariel Rios Bldng, 1200 Pennsylvania Ave.
City, State, ZIP+4: Washington, D.C. 20460

Article number (side): 7006 2150 0000 7452 2973

PS Form 3800, August 2006    See Reverse for Instructions