IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FRIENDS OF THE EARTH | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | Civil Action No. |
| U.S. EPA and STEPHEN L. JOHNSON Acting Administrator, UNITED STATES ENVIROMENTAL PROTECTION AGENCY, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF SERVICE

     I, Zoë Maxfield, hereby certify that on September 5, 2007, I served a summons; a copy of Friends of the Earth's Complaint for Declaratory and Injunctive Relief including Exhibit 1; Certificate Rule LCvR 7.1 and the U. S. District Court for the District of Columbia's standard Initial Electronic Case Filing Order by first-class mail, certified, return receipt requested, postage prepaid, addressed to the following:

     Attorney General for the United States of America
     950 Pennsylvania Avenue, NW
     Washington, D.C.  20530

     United States Attorney, District of Columbia
     501 3rd Street, N.W.
     Washington, DC 20001

     Stephen L. Johnson

Acting Administrator, US Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

Office of the General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW (2310A)
Washington, D.C. 20460

The U.S. Environmental Protection Agency returned the complaint because the mail code was not indicated in the address.  I resent the complaint, this time to the Office of the General Counsel and received a return receipt.

Attached is are the  certified mail receipts and return receipts from the office of the U.S. Attorney General, U.S. Attorney for the District of Columbia, Stephen L. Johnson, Administrator of U.S. EPA, Office of General Counsel, U.S. Environmental Protection Agency, and the refused service from the U.S. Environmental Protection Agency.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 5, 2007.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Zoë Maxfield_____
　　　　　　　　　　　　　　　　　　　　　　　Zoë Maxfield
　　　　　　　　　　　　　　　　　　　　　　　Litigation Assistant
　　　　　　　　　　　　　　　　　　　　　　　Earthjustice
　　　　　　　　　　　　　　　　　　　　　　　1625 Massachusetts Ave., NW
　　　　　　　　　　　　　　　　　　　　　　　Suite 702
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20036-2212
　　　　　　　　　　　　　　　　　　　　　　　(202) 667-4500



<␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄␄

