# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRIENDS OF THE EARTH,<br>1717 Massachusetts Avenue, N.W., 600<br>Washington, D.C. 20036-2002 | )<br>)<br>) | Civ. No. 07-1572<br><br>Judge Rosemary M. Collyer |
| Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | |
| UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY and STEPHEN L.<br>JOHNSON, Administrator,<br>United States Environmental Protection Agency,<br>Ariel Rios Building<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator, United States Environmental Protection Agency.

        Respectfully submitted,
        RONALD J. TENPAS
        Acting Assistant Attorney General
        Environment and Natural Resources Division

        /s/ EILEEN T. McDONOUGH
        Environmental Defense Section
        United States Department of Justice
        Post Office Box 23986
        Washington, D.C. 20026-3986
        telephone: (202) 514-3126
        fax: (202) 514-8865
        eileen.mcdonough@usdoj.gov

        Dated: November 16, 2007