UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRIENDS OF THE EARTH, *et al.*, | ) | Case No. 1:07-cv-01572 (RMC) |
| | ) | |
| Plaintiffs, | ) | (consolidated with 1:07-cv-01744 |
| | ) | RMC) |
| v. | ) | |
| | ) | Judge Rosemary M. Collyer |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator, United States Environmental Protection Agency.

                                                      Respectfully submitted,
                                                      RONALD J. TENPAS
                                                      Assistant Attorney General
                                                      Environment and Natural Resources Division

                                                      /s/ CHRISTINA L. RICHMOND
                                                      Environmental Defense Section
                                                      United States Department of Justice
                                                      Post Office Box 23986
                                                      Washington, D.C. 20026-3986
                                                      telephone: (202) 514-3376
                                                      fax: (202) 514-8865
                                                      Christina.Richmond2@usdoj.gov

                                                      Dated: January 4, 2008