UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDS OF THE EARTH**, *et al.*, ) | |
| ) | |
| **Plaintiffs**, ) | |
| ) | |
| v. ) | Civil Action No. 07-1572 (RMC) |
| ) | (consolidated with 07-1744 (RMC)) |
| ) | (consolidated with 07-2319 (RMU)) |
| **UNITED STATES ENVIRONMENTAL** ) | |
| **PROTECTION AGENCY**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER CONSOLIDATING CASES

Before the Court is the unopposed Motion to Consolidate Civil Action Nos. 07-1572, *Friends of the Earth v. U.S. Envtl. Prot. Agency*, and 07-2319, *Santa Barbara County Air Pollution Control Dist*. Pursuant to Rule 42 of the Federal Rules of Civil Procedure, the Court has determined that there are common issues of law and fact that necessitate the consolidation of Civil Action Nos. 07-1572 and 07-2319. Accordingly, it is hereby

**ORDERED** that the Motion to Consolidate [Dkt. ## 4, 17] is **GRANTED**; and it is

**FURTHER ORDERED** that Civil Action Nos. 07-1572 and 07-2319 are hereby **CONSOLIDATED**; and it is

**FURTHER ORDERED** that the Clerk's Office shall **CLOSE** Civil Action No. 07-2319 and **TRANSFER** the parties in that case to the earlier case, Civil Action No. 07-1572; and it is

**FURTHER ORDERED** that from this date forward all pleadings shall be filed *only* in the earlier case, Civil Action No. 07-1572. The parties are advised not to elect to "spread text"

when filing on ECF, as this will result in repetitive docketing and emails.

**SO ORDERED**.

Date:    January 4, 2008                              _____/s/_____
                                                                        ROSEMARY M. COLLYER
                                                                        United States District Judge