**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRIENDS OF THE EARTH, *et al.*, ) | 1:07-cv-01572 |
| ) | |
| Plaintiffs, ) | (consolidated with 1:07-cv-01744) |
| ) | and 1:07-cv-02319) |
| v. ) | |
| ) | Judge Rosemary M. Collyer |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY and STEPHEN L. ) | |
| JOHNSON, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please withdraw the appearance of Eileen T. McDonough as counsel for Defendants in this case and the consolidated cases. Defendants will continue to be represented by Christina Richmond of the Department of Justice, who has entered her appearance in this matter.

    Respectfully submitted,

    RONALD J. TENPAS
    ASSISTANT ATTORNEY GENERAL

    /s/ EILEEN T. MCDONOUGH
    Environmental Defense Section
    United States Department of Justice
    Post Office Box 23986
    Washington, D.C. 20026-3986
    telephone: (202) 514-3126
    eileen.mcdonough@usdoj.gov