UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH, SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, AND SANTA BARBARA COUNTY AIR POLLUTION CONTROL DISTRICT<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants | Civ. Case No. 07-1572<br>(consolidated with 07-1744)<br>(consolidated with 07-2319)<br><br>Judge Rosemary M. Collyer |

**AIR DISTRICTTS' UNOPPOSED MOTION TO CONTINUE DUE DATE
FOR PLAINTIFFS' RESPONSE BRIEF**

Plaintiffs, South Coast Air Quality Management District and Santa Barbara County Air Pollution Control District ("Air Districts"), move to continue the due date from February 20, 2008 to February 22, 2008 for the all plaintiffs' Response Briefs to the Environmental Protection Agency's Motion for Judgment on the Pleadings, Motion to Dismiss, and Memorandum in Support Thereof. Environmental Protection Agency et al, Defendants, do not oppose the continuance and have requested corresponding two-day continuance for the Reply Brief. Plaintiff Friends of the Earth also do not oppose this motion. In support of this motion, Air Districts state the following:

1. On January 22, 2008, Defendants filed a Motion for Judgment on the Pleadings, Motion to Dismiss, and Memorandum in Support Thereof.

2. Pursuant to a stipulation of the parties at a scheduling conference before this Court, plaintiffs had 30 days to file a Response Brief.

1

3. Air Districts have decided to file a joint Response Brief and the original due date was February 20, 2008.

4. Barbara Baird, lead attorney for Plaintiff South Coast Air Quality Management District, was primarily responsible drafting the Response Brief. Ms. Baird broke her wrist on February 14, 2008 and primary responsibility for the joint Response Brief has shifted to William M. Dillon, Counsel for Santa Barbara County Air Pollution Control District. This shift in work load can be accommodated by Mr. Dillon, however, the unexpected work load was not anticipated and Mr. Dillon requests 2 additional days to complete and file the Air Districts' brief.

5. With this change in circumstance, Air Districts are requesting a two-day continuance for filing the Response Brief, from February 20, 2008 to February 22, 2008.

6. Defendants and do not oppose the continuance and have requested that the Reply Brief be continued two days from March 17, 2008 to March 19, 2008.

7. The hearing on the Motion for Judgment on the Pleadings, Motion to Dismiss, and Memorandum in Support Thereof is currently scheduled for April 2, 2008. All Plaintiffs request that this hearing date remain on calendar, but understand the Court may continue this matter to a later date if necessary. All Plaintiffs request any hearing date be held on April 2nd or as soon thereafter as may be accommodated by the Court.

WHEREFORE, Air Districts respectfully request that the Court grant this motion to continue the due date for the Response Brief from February 20, 2008 to February 22, 2008. On behalf of Defendants, Plaintiffs also respectfully request that the Court grant a corresponding two-day continuance for the Defendants' Reply Brief from March 17, 2008 to March 19, 2008.

February 19, 2008.    Respectfully submitted,

SANTA BARBARA COUNTY AIR POLLUTION CONTROL DISTRICT

DANIEL J. WALLACE
Interim County Counsel

*/s/ William M. Dillon*
William M. Dillon,
Senior Deputy County Counsel,
*Pro Hoc Vice*
Office of the County Counsel
Santa Barbara County
105 E. Anapamu St. Suite 201
Santa Barbara, CA. 93101
(805) 568-2950
(805) 568-2983 (fax)
wdillon@co.santa-barbara.ca.us

*/s/ Justin P. Keating*
Justin Keating (DC Bar #475602)
Beins, Axelrod, P.C.
1625 Massachusetts Ave, NW Suite 500
Washington DC 20036
202.328.7222
FAX 202.328.7030
jaxelrod@beinsaxelrod.com
jkeating@beinsaxelrod.com

SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
KURT R. WIESE, District Counsel
BARBARA BAIRD, Principal Deputy District Counsel

*/s/ Barbara Baird by WMD*
Barbara B. Baird
Attorney for Plaintiff
South Coast Air Quality Management District
21865 Copley Drive
Diamond Bar, CA 91765
(909) 396-2302; bbaird@aqmd.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH, SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, AND SANTA BARBARA COUNTY AIR POLLUTION CONTROL DISTRICT<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants | Civ. Case No. 07-1572<br>(consolidated with 07-1744)<br>(consolidated with 07-2319)<br><br>Judge Rosemary M. Collyer |

**PROPOSED ORDER**

Before the court is the unopposed motion to continue the due dates for the following: 1) Plaintiffs' Response Briefs to Defendants Motion for Judgment on the Pleadings, Motion to Dismiss, and Memorandum in Support Thereof from February 20, 2008 to February 22, 2008; and 2) Defendants' Reply Brief from March 17, 2008 to March 19, 2008.

The Court further orders that the hearing date on Defendants' motion to dismiss shall be April ____, 2008.

It is hereby:

ORDERED that the motion to continue the due dates be granted.

SO ORDERED.

                                                                                                      _____
                                                                                                      ROSEMARY M. COLLYER
                                                                                                      United States District Judge

Dated:_____