UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH, SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, AND SANTA BARBARA COUNTY AIR POLLUTION CONTROL DISTRICT<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. Case No. 07-1572<br>(consolidated with 07-1744)<br>(consolidated with 07-2319)<br><br>Judge Rosemary M. Collyer |

## PLAINTIFF SANTA BARABARA COUNTY AIR POLLUTION CONTROL DISTRICT'S UNOPPOSED REQUEST FOR EARLIER HEARING ON DEFENDANT'S MOTION TO DISMISS

Plaintiff Santa Barbara County Air Pollution Control District ("Santa Barbara") requests, if the Court's schedule allows, an earlier time for hearing on Defendant's Motion to Dismiss. Hearing on the Motion is currently scheduled for April 2, 2008, at 4:00 PM.

Santa Barbara's California counsel will be the only California based attorney appearing in person for the hearing. Holding oral argument earlier in the day of April 2nd would be an accommodation to the necessary and inconvenient travel involved.

      Undersigned counsel has inquired with counsel for all other parties and none have any objections to the hearing being rescheduled for an earlier time on April 2nd.


Date: March 26, 2008                Respectfully Submitted,

                                        SANTA BARBARA COUNTY AIR
POLLUTION CONTROL DISTRICT

                                        _____/s/_____
William M. Dillon,
Senior Deputy County Counsel,
*Pro Hac Vice*
Office of the County Counsel
Santa Barbara County
105 E. Anapamu St. Suite 201
Santa Barbara, CA. 93101
(805) 568-2950
(805) 568-2983 (fax)
wdillon@co.santa-barbara.ca.us


                                        _____/s/_____
Jonathan G. Axelrod (DC Bar #210245)
Justin P. Keating (DC Bar #475602)
Beins, Axelrod, P.C.
1625 Massachusetts Ave, NW
Suite 500
Washington DC 20036
202.328.7222
FAX 202.328.7030
jaxelrod@beinsaxelrod.com
jkeating@beinsaxelrod.com

1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH, SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, AND SANTA BARBARA COUNTY AIR POLLUTION CONTROL DISTRICT<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants | Civ. Case No. 07-1572<br>(consolidated with 07-1744)<br>(consolidated with 07-2319)<br><br>Judge Rosemary M. Collyer |

## ORDER

It is hereby ORDERED that Plaintiff Santa Barbara County Air Pollution Control District's Unopposed Request for Earlier Hearing On Defendant's Motion to Dismiss is hereby GRANTED. The hearing will begin on April 2, 2008, at _____ ___.

_____
Rosemary M. Collyer
United States District Judge