UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH, SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, AND SANTA BARBARA COUNTY AIR POLLUTION CONTROL DISTRICT<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants | Civ. Case No. 07-1572<br>(consolidated with 07-1744)<br>(consolidated with 07-2319)<br><br>Judge Rosemary M. Collyer |

**PLAINTIFFS' NOTICE OF INTENT TO CITE MARCH 17, 2008
ORDER OF COURT OF APPEALS FOR D.C. CIRCUIT**

Plaintiffs file this Notice of their intent to cite a March 17, 2008, Order of the United States Court of Appeals for the District of Columbia Circuit. Plaintiffs intend to cite the Order at the April 2, 2008, oral argument on Defendant's Motion to Dismiss. This Order was issued after Plaintiffs filed their Oppositions to the Defendant's Motion to Dismiss. Although filed solely by Plaintiff Santa Barbara County Air Pollution Control District, this Notice of Intent is filed on behalf of all Plaintiffs, each of whom has indicated to the undersigned counsel its intent to cite the referenced Order of the D.C. Circuit.

A copy of the D.C. Circuit's Order is attached hereto.

Date: March 27, 2008                    Respectfully Submitted,

SANTA BARBARA COUNTY AIR
POLLUTION CONTROL DISTRICT

_____/s/_____
William M. Dillon,
Senior Deputy County Counsel,
*Pro Hac Vice*
Office of the County Counsel
Santa Barbara County
105 E. Anapamu St. Suite 201
Santa Barbara, CA. 93101
(805) 568-2950
(805) 568-2983 (fax)
wdillon@co.santa-barbara.ca.us


_____/s/_____
Jonathan G. Axelrod (DC Bar #210245)
Justin P. Keating (DC Bar #475602)
Beins, Axelrod, P.C.
1625 Massachusetts Ave, NW
Suite 500
Washington DC 20036
202.328.7222
FAX 202.328.7030
jaxelrod@beinsaxelrod.com
jkeating@beinsaxelrod.com

SOUTH COAST AIR QUALITY
MANAGEMENT DISTRICT

1

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-1030**                                    **September Term, 2007**

Filed On: March 17, 2008

South Coast Air Quality Management District,
    Petitioner

v.

Environmental Protection Agency and Stephen L. Johnson,
    Respondents

---

Consolidated with 08-1031, 08-1041

**BEFORE:** Henderson, Rogers, and Kavanaugh, Circuit Judges

### ORDER

Upon consideration of the motion to expedite; and the motion to establish extended briefing schedule, the opposition thereto, and the reply, it is

**ORDERED** that the following briefing schedule apply in these consolidated cases:

| | |
|---|---|
| Joint Brief for Petitioners | April 18, 2008 |
| Joint Appendix | April 18, 2008 |
| Brief for Respondents | June 2, 2008 |
| Joint Reply Brief for Petitioners | June 16, 2008 |

While not otherwise limited, the parties are directed to address in their briefs whether the EPA's December 5, 2007 rule is final. See 42 U.S.C. § 7607(b)(1).

Parties are strongly encouraged to hand deliver their briefs to the Clerk's Office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-1030**                                              **September Term, 2007**

The parties will be notified by separate order of the oral argument date and the composition of the merits panel. The court reminds the parties that

> In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claims of standing.... When the appellant's or petitioner's standing is not apparent from the administrative record, the brief must include arguments and evidence establishing the claim of standing.

See D.C. Cir. Rule 28(a)(7).

The Clerk is directed to calendar this case on the first available date on the court's calendar in September 2008.

### Per Curiam

                                                        **FOR THE COURT:**
                                                        Mark J. Langer, Clerk

                                            BY:   /s/
                                                  Scott H. Atchue
                                                  Deputy Clerk/LD