UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH, SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, AND SANTA BARBARA COUNTY AIR POLLUTION CONTROL DISTRICT<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants | ) Civ. Case No. 07-1572<br>) (consolidated with 07-1744)<br>) (consolidated with 07-2319)<br>)<br>)<br>)<br>) Judge Rosemary M. Collyer<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION PURSUANT TO LOCAL DISTRICT COURT
RULE 83.2(d) FOR ADMISSION *PRO HAC VICE*
AND DECLARATION IN SUPPORT

Jonathan G. Axelrod, (the "Movant"), a member in good standing of the District of Columbia Bar admitted to practice before the United States District Court for the District of Columbia, respectfully moves the court to enter an Order permitting William M. Dillon, an attorney with the Santa Barbara County Counsel's Office to practice *pro hac vice* before this court. In support of this motion, the Movant respectfully represents as follows:

(1) William M. Dillon is the Senior Deputy County Counsel for the Santa Barbara County, a governmental entity, and maintains his offices at 105 East Anapamu Street, Suite 201 in Santa Barbara, CA 93101 Telephone: (805) 568-2950.

(2) Mr. Dillon is admitted to practice before, among others, the United States District Court for the Central District of California and is a member in good standing of the California State Bar;

(3) Submitted herewith is a declaration by Mr. Dillon in accordance with LCvR 83.2(d);

(4) The Movant requests that this Court grant this Motion so that Mr. Dillon may file pleadings and appear and be heard at any hearing in this proceeding.


Date:   April 3, 2007                    Respectfully Submitted,


                                         _____/s/_____
                                         Jonathan G. Axelrod (DC Bar No 210245)
                                         Justin P. Keating (DC Bar No. 475602)
                                         Beins, Axelrod, P.C.
                                         1625 Massachusetts Ave, NW Suite 500
                                         Washington DC 20036
                                         202.328.7222
                                         FAX 202.328.7030
                                         jaxelrod@beinsaxelrod.com
                                         jkeating@beinsaxelrod.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH, SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, AND SANTA BARBARA COUNTY AIR POLLUTION CONTROL DISTRICT<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants | Civ. Case No. 07-1572<br>(consolidated with 07-1744)<br>(consolidated with 07-2319)<br><br>Judge Rosemary M. Collyer |

**DECLARATION OF WILLIAM M. DILLON IN SUPPORT OF MOTION
PURSUANT TO LOCAL DISTRICT COURT
RULE 83.2(d) FOR ADMISSION *PRO HAC VICE***

1. I, William M. Dillon, submit this following declaration pursuant to Local rule 83.2(d);

2. My full name is William Michael Dillon

3. I am employed as a Senior Deputy County Counsel for Santa Barbara County, a governmental entity, and maintain my offices at 105 East Anapamu Street, Suite 201 in Santa Barbara, CA 93101 Telephone: (805) 568-2950;

4.   I am a member of good standing of the following bars and courts:

- State Bar of California
- California Supreme Court;
- Court of Appeals for the District of Columbia;
- Ninth Circuit Court of Appeals;
- U.S. District Court for the Central District of California;
- U.S. District Court for the Eastern District of California.

5.   I am in good standing and eligible to practice in all courts and jurisdiction to which I am admitted. I have never been disciplined by any bar.

6.   I have not been admitted *pro hac vice* to the Bar of the United States District Court for the District of Columbia during the past two years.

7.   I do not maintain an office in the District of Columbia. I am not a member of the Bar for the District of Columbia, and am not seeking admission to the Bar for the District of Columbia.

I make the forgoing statements under penalty of perjury of the laws of the United States.

Date:   April 3, 2007

Respectfully Submitted,

/s/
William M. Dillon
Senior Deputy County Counsel
County of Santa Barbara
105 E. Anapamu St. #201
Santa Barbara, Ca 93101
(805) 568-2950

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH, SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, AND SANTA BARBARA COUNTY AIR POLLUTION CONTROL DISTRICT<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants | Civ. Case No. 07-1572<br>(consolidated with 07-1744)<br>(consolidated with 07-2319)<br><br>Judge Rosemary M. Collyer |

**ORDER GRANTING ADMISSION *PRO HAC VICE***

Upon the Motion of Jonathan G. Axelrod, a member in good standing of the Bar of the District of Columbia admitted to practice before the United States District Court for the District of Columbia, seeking the entry of an Order permitting William M. Dillon of the Santa Barbara County Counsel to practice *pro hac vice* before this Court and to represent Plaintiff Santa Barbara County Air pollution Control District in the above captioned proceedings, therefore:

IT IS on this _____ day of April, 2008

ORDERED, that William M. Dillon of Santa Barbara County Counsel, which maintains an office at 105 East Anapamu Street, Suite 201 in Santa Barbara, CA 93101, be and hereby is granted admission to appear *pro hac vice* in this proceeding.

_____
United States District Judge